## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 8:22-cr-00096-DOC | Date | August 1, 2025 |
|---|---|---|---|

| Present: The Honorable | DAVID O. CARTER, US District Judge |
|---|---|
| Interpreter | N/A |

| Karlen Dubon | Miriam Baird | Benjamin Lichtman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|---|
| Alvin Deon Norman | X | X | | | Terra Castillo-Laughton, DFPD | X | X | |

**PROCEEDINGS:**   **HEARING RE PRELIMINARY REVOCATION OF SUPERVISED RELEASE [8 - 11]**

**JOINT MOTION TO DISMISS FOR LACK OF JURISDICTION [27]**

Also present, USPO Robert Gardner.

As stipulated by the parties, the Court GRANTS the Motion to Dismiss [27].

The Court's written order to issue.

The Court ORDERS the Defendant to be RELEASED from custody forthwith.

**cc: USPPO, USMS**

|  | : | 02 |
|---|---|---|
| Initials of Deputy Clerk | | kdu |